# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LISA WHITEWING,** | |
| Plaintiff, | 8:20CV134 |
| vs. | |
| **UNITED STATES OF AMERICA,** | **ORDER** |
| Defendant/Third-Party Plaintiff, | |
| vs. | |
| **JOHN HORLEBEIN, DPM,** | |
| Third-Party Defendant. | |

Counsel for third-party defendant John Horlebein, DPM, has notified the undersigned magistrate judge that the United States of America has settled their claims against him. Accordingly,

**IT IS ORDERED:**

1. On or before **January 13, 2022**, the third-party plaintiff, United States of America and third-party defendant, John Horlebein, DPM shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the third-party plaintiff's claims against John Horlebein, DPM; and

2. Absent compliance with this order, the third-party plaintiff's claims against John Horlebein may be dismissed without further notice.

3. Third-party defendant, John Horlebein, DPM, will not be required to attend the mediation scheduled for December 16, 2021.

Dated this 13th day of December, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge