# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA WHITEWING,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>JOHN HORLEBEIN, DPM,<br><br>    Third-Party Defendant. | 8:20CV134<br><br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant United States of America has notified the undersigned magistrate judge that plaintiff has settled her claims against the United States of America.

**IT IS ORDERED:**

1. On or before **February 18, 2022**, the plaintiff and defendant United States of America shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the plaintiff's claims against the United States of America;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 16th day of December, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge