IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA WHITEWING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant/Third-Party Plaintiff,<br><br>JOHN HORLEBEIN, DPM,<br><br>　　　　Third-Party Defendant. | **8:20CV134**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulated Motions of Dismissal and of Third-Party Complaint. Filing Nos. 75 and 76, *see* Filing No. 21. The Court, being advised in the premises, finds that such Dismissal is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that

1. The Joint Stipulation for Dismissal of the Third Party Complaint, Filing No. 75, is granted; and

2. The Joint Stipulation for Dismissal, Filing No. 76, dismissing this case in its entirety, is granted.

3. The case is dismissed with prejudice, with each side to bear their own costs, with complete record waived.

Dated this 14th day of July, 2022.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　Senior United States District Judge